BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> FERNANDO GONZALEZ-VERGARA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-08-00901 SBA <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 17, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER <br><br> Date:  January 30, 2009 <br> Time:  9:00 a.m. |

The above-captioned matter is set on January 30, 2009 before this Court for a status hearing. The parties jointly request that this Court continue the matter to February 17, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv), between the date of this stipulation and February 17, 2009.

This is an illegal reentry case, and Mr. Gonzalez has not yet made his first appearance before the Court. The current status of the case is that the parties are engaged in plea negotiations and anticipate coming to an agreed-upon resolution of this case. However, the defense requires investigation and review of additional records which may be relevant to any negotiated disposition of the case. For example, defense counsel needs to obtain records of prior convictions to confirm that certain priors qualify for enhancements under the Sentencing

1  Guidelines and to confirm Mr. Gonzalez's criminal history category.

2  The requested continuance will allow the defense to complete its investigate of the
3  underlying facts of the case, to obtain and review necessary records and for the parties to
4  continue their plea negotiations.  The failure to grant such a continuance would unreasonably
5  deny counsel for the defendant the reasonable time necessary for effective preparation, taking
6  into account the exercise of due diligence.

7  The parties further stipulate and agree that the time from January 30, 2009 to February
8  17, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18
9  U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

10

11 DATED: January 28, 2009                                /S/
                                                CHINHAYI COLEMAN
12                                              Assistant United States Attorney

13
   DATED: January 28, 2009                                /S/
14                                              ANGELA M. HANSEN
                                                Assistant Federal Public Defender
15
          I hereby attest that I have on file all holographed signatures for any signatures indicated
16 by a conformed signature (/s/) within this e-filed document.

17

18

19

20

21

22

23

24

25

26

*U.S. v. Gonzalez-Vergara*, No. CR-08-901 SBA
Stip. Req. To Continue Hrg Date & Exclude Time          2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 30, 2009 until February 17, 2009, outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and the collection and review of records are necessary to the defense preparation of the case.

2. Given counsel's need to complete an investigation and to obtain additional records, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv) from the date of this Stipulation to February 17, 2009.

IT IS FURTHER ORDERED that the STATUS date of January 30, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for February 17, 2009, at 9:00 a.m.

DATED:_1/29/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*U.S. v. Gonzalez-Vergara*, No. CR-08-901 SBA
Stip. Req. To Continue Hrg Date & Exclude Time      3