1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant GONZALEZ

6

CHAMBERS COPY
JUDGE ARMSTRONG
DO NOT FILE

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                   OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )    No. CR-08-00901 SBA
                                       )
11          Plaintiff,                 )    AMENDED STIPULATED REQUEST TO
                                       )    CONTINUE SENTENCING HEARING
12      v.                             )    DATE TO NOVEMBER 17, 2009 AND
                                       )    [PROPOSED] ORDER
13                                     )
    FERNANDO GONZALEZ,                 )    Hearing Date: September 29, 2009
14                                     )    Time:         10:00 a.m.
            Defendant.                 )
15                                     )
                                       )
16  _____)

17        On July 10, 2009, Mr. Gonzalez was convicted after a jury trial.  The Court scheduled

18  this case for sentencing on September 29, 2009 at 10:00 a.m.  The parties jointly request that the

19  Court continue the sentencing hearing to November 17, 2009 at 10:00 a.m.

20        Mr. Gonzalez and government counsel jointly request this continuance because the

21  parties are working out the terms of a post-conviction appellate waiver and sentencing

22  agreement.  The parties would like additional time to complete these negotiations and to research

23  the format that such an agreement would take.  Moreover, the parties request additional time

24  because both sides agree that it would be appropriate to submit any potential agreement reached

25  to the United States Probation Office and Court well in advance of Mr. Gonzalez's sentencing

26  date.  Finally, the parties need additional time to work out this agreement because counsel for the

government will be in trial before Judge Wilken for approximately two weeks starting on September 14, 2009.  The parties anticipate that the requested continuance will allow the parties sufficient time to work out the terms for a post-conviction appellate waiver and sentencing agreement.  For this reason, the parties respectfully request that the Court grant a continuance to November 17, 2009.

Counsel for Mr. Gonzalez spoke with Probation Officer Brian Casai who is in the process of drafting the Pre-Sentence Investigation Report in this case.  Mr. Casai informed counsel that he is in agreement with this continuance and is available to appear on November 17, 2009.

Because Mr. Gonzalez was convicted after trial, the parties agree that the Speedy Trial Act does not apply.

DATED: August 20, 2009                         _____/S/_____
                                               JOSHUA HILL
                                               Assistant United States Attorney

DATED: August 20, 2009                         _____/S/_____
                                               ANGELA M. HANSEN
                                               Assistant Federal Public Defender

1

**ORDER**

2     Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS:

4     1.    Given that the parties need additional time to negotiate the terms of and research

5 the format for a potential post-conviction sentencing and appellate waiver agreement;

6     2.    Given that government counsel is in trial and unavailable for approximately two

7 weeks beginning September 14, 2009;

8     3.    Given that the U.S. Probation Officer is in agreement with this continuance and is

9 available to appear on November 17, 2009; and

10     4.    Given that the Speedy Trial Act does not apply;

11     Based on these findings, IT IS HEREBY ORDERED that the sentencing date of

12 September 29, 2009, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong,

13 is vacated and reset for November 17, 2009, at 10:00 a.m.

14

15 DATED: 8/24/09

16     HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Sentencing Date, No. 08-
CR-00901 SBA     3