1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3740
7     Facsimile:   (510) 637-3724
      E-Mail:       Joshua. Hill2@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

| UNITED STATES OF AMERICA, | ) | No. CR-08-00901 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | SENTENCING HEARING DATE TO |
|  | ) | MARCH 2, 2010 AND ORDER |
| FERNANDO GONZALEZ, | ) |  |
|  | ) | Hearing Date: January 26, 2010 |
| Defendant. | ) | Time:          10:00 a.m. |
|  | ) |  |

18     Mr. Gonzalez is scheduled to be sentenced on January 26, 2010 at 10:00 a.m. Mr.

19  Gonzalez and government counsel jointly request that the Court continue this matter to March 2,

20  2010 for sentencing.

21     On July 10, 2009, Mr. Gonzalez was convicted after a jury trial. The parties request this

22  continuance because government counsel is scheduled to be in trial and unavailable during late

23  January. In addition, defense counsel is scheduled to be in trial during February. The Court's

24  clerk has indicated that March 2, 2010 is the first available date after January 26, 2010.

25  ///

26  ///

Stip. Req. To Continue Sentencing Date
CR-08-00901 SBA

1  Because Mr. Gonzalez was convicted after trial, the parties agree that the Speedy Trial Act does
2  not apply.

3

4  DATED: December 22, 2009                        /S/
                                                 JOSHUA HILL
5                                                Assistant United States Attorney

6
   DATED: December 22, 2009                        /S/
7                                                ANGELA M. HANSEN
                                                 Assistant Federal Public Defender
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Sentencing Date
CR-08-00901 SBA                                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the sentencing date of January 26, 2010, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for March 2, 2010, at 10:00 a.m.

DATED:12/28/09

*[signature]*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge